ROBINSON & COLE LLP
Jamie L. Edmonson, Esq. (Bar No. 185384)
1201 North Market Street
Wilmington, DE 19801
Tel: (302)516-1700
Fax: (302)516-1699

Attorneys for Non-Party Witnesses
Eugene Elsbree, Esq. and Kelly Nugent, Esq.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>RESIDENTIAL CAPITAL, LLC,<br>*et al.*<br>　　　　Debtors.<br>―――――――――――――――<br>ROWENA DRENNEN, FLORA GASKIN, ROGER TURNER, CHRISTIE TURNER, JOHN PICARD AND REBECCA PICARD, individually and as the representatives of the KESSLER SETTLEMENT CLASS,<br><br>STEVEN AND RUTH MITCHELL, individually and as the representatives of the MITCHELL SETTLEMENT CLASS,<br><br>and<br><br>RESCAP LIQUIDATING TRUST,<br><br>　　　　Plaintiffs, | Case No. 12-12020-shl<br><br>Chapter 11<br>Jointly Administered<br><br>Adv. Case No. 15-01025-shl<br><br>**NOTICE OF MOTION**<br><br>**Hearing:**<br><br>**Date:**<br>**Time:**<br>**Place:** |

– 1 –

| | |
|---|---|
| vs. | )<br>)<br>) |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, | )<br>)<br>)<br>) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, at the United States Courthouse, located at 450 Golden Gate Avenue, San Francisco, California 94102, Non-Party Witnesses Eugene Elsbree, Esq. and Kelly Nugent, Esq. will move and does hereby move to quash the subpoenas ad testificandum that were served on them, to stay compliance with the subpoenas until judicial resolution of this matter, and for protective order to prohibit further discovery from the Non-Party Witnesses on the basis that the subpoenas are unduly burdensome and fail to comply with Fed. R. Civ. P. 30 and Fed. R. Civ. P. 45.

This Motion is based upon this Notice of Motion and Motion, the Non-Party Witnesses Eugene Elsbree, Esq. and Kelly Nugent, Esq.'s Memorandum of Points and Authorities in Support of Their Motion to Quash Subpoenas and for Protective Order, the Declaration of Jamie L. Edmonson and the exhibits annexed thereto, and such other evidence and argument as may be presented at any hearing on this matter.

This Motion is made following the conference of counsel for the Non-Party Witnesses and Defendant Certain Underwriters at Lloyd's London and counsel for Plaintiffs pursuant to L.R. 37-1, which took place on November 18, 2020. Counsel for the Non-Party Witnesses and Defendant Certain Underwriter at Lloyd's London and counsel for Plaintiffs were unable to reach a resolution with respect to this Motion.

1 | Dated: December 4, 2020

**ROBINSON & COLE LLP**

/s/ Jamie L. Edmonson
Jamie L. Edmonson, Esq. (Bar. No. 185384)
ROBINSON & COLE LLP
Attorneys for Non-Party Witnesses
Eugene Elsbree, Esq. and Kelly Nugent, Esq.