ROBINSON & COLE LLP
Jamie L. Edmonson, Esq. (SBN 185384)
1201 North Market Street
Wilmington, DE 19801
Tel: (302)516-1700
Fax: (302)516-1699


Attorneys for Non-Party Witnesses
Eugene Elsbree, Esq. and Kelly Nugent, Esq.


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>RESIDENTIAL CAPITAL, LLC,<br>*et al.*<br>    Debtors.<br><br>ROWENA DRENNEN, FLORA GASKIN, ROGER TURNER, CHRISTIE TURNER, JOHN PICARD AND REBECCA PICARD, individually and as the representatives of the KESSLER SETTLEMENT CLASS,<br><br>STEVEN AND RUTH MITCHELL, individually and as the representatives of the MITCHELL SETTLEMENT CLASS,<br><br>and<br><br>RESCAP LIQUIDATING TRUST,<br><br>    Plaintiffs, | CA Case No. 3:20-mc-80217-SK<br>-------------------------------------<br><br>Case No. 12-12020-shl<br><br>Chapter 11<br>Jointly Administered<br><br>Adv. Case No. 15-01025-shl<br><br><br>**CERTIFICATE OF SERVICE** |

21626277-v3

– 2 –

1  
2  vs.  
3  CERTAIN UNDERWRITERS AT  
   LLOYD'S OF LONDON,  
4  
5         Defendants.  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

– 2 –

PROOF OF SERVICE OF NON-PARTY WITNESSES EUGENE ELSBREE, ESQ. AND
KELLY NUGENT, ESQ.'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

21626277-v3

## PROOF OF SERVICE

I, Voreese Minus, declare:

I am employed in the county of New York, state of New York. I am over the age of 18 and not a party to the within action. My employer's address is Robinson & Cole LLP, Chrysler East Building, 666 Third Avenue, New York, New York 10017.

On **December 9, 2020**, I served copies of the following documents described as:

(1) Non-Party Witnesses Eugene Elsbree, Esq., and Kelly Nugent Esq.'s Notice of Motion and Motion to Quash Subpoenas and for Protective Order;
(2) Non-Party Witnesses Eugene Elsbree, Esq., and Kelly Nugent, Esq.'s Memorandum of Points and Authorities in Support of Their Motion to Quash Subpoenas and for Protective Order;
(3) Declaration of Jamie L. Edmonson in Support of Motion to Quash Subpoenas and for Protective Order with Exhibits A-E;
(4) Proposed Order;
(5) Magistrate Judge Sallie Kim's Standing Order;
(6) ECF Registration Information;
(7) Notice of Assignment to Magistrate Judge and Election Form; and
(8) Non-Party Witnesses Eugene Elsbree, Esq., and Kelly Nugent Esq.'s Executed Election Form.

on the following interested parties in this action by serving the aforementioned documents via U.S. mail in a sealed prepaid envelope addressed to following individuals:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on **December 9, 2020**, at New York, New York.

*/s/ Voreese Minus*
Voreese Minus

– 3 –

PROOF OF SERVICE OF NON-PARTY WITNESSES EUGENE ELSBREE, ESQ. AND
KELLY NUGENT, ESQ.'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

21626277-v3

– 4 –
PROOF OF SERVICE OF NON-PARTY WITNESSES EUGENE ELSBREE, ESQ. AND
KELLY NUGENT, ESQ.'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

21626277-v3

# SERVICE LIST

R. Frederick Walters, Esq.
Karen W. Renwick, Esq.
David M. Skeens, Esq.
Michael B. Sichter, Esq.
**WALTERS BENDER STROHBEHN & VAUGHAN, P.C.**
1100 Main, Suite 2500
Kansas City, Missouri 64105
Tel: (816) 421-6620
Fax: (816) 421-4747
fwalters@wbsvlaw.com
krenwick@wbsvlaw.com
dskeens@wbsvlaw.com
msichter@wbsvlaw.com
*Co-Lead Counsel for the Kessler Class*
*Counsel for the Mitchell Class*

Selena J. Linde, Esq.
Vivek Chopra, Esq.
Karin Aldama, Esq.
Alexis Danneman, Esq.
**PERKINS COIE, LLP**
700 13th St. NW, Suite 600
Washington, DC 20005
Tel: (202) 654-6200
Fax: (202) 654-9952
SLinde@perkinscoie.com
VChopra@perkinscoie.com
kaldama@perkinscoie.com
ADanneman@perkinscoie.com
*Counsel for ResCap Liquidating Trust*

Daniel J. Flanigan, Esq.
Jason A. Nagi, Esq.
**POLSINELLI**
900 Third Avenue, 21st Floor
New York, New York 10022
Tel: (212) 684-0199
Fax: (212) 684-0197
dflanigan@polsinelli.com
jnagi@polsinelli.com
*Counsel for Kessler and Mitchell*

R. Bruce Carlson, Esq.
Edwin J. Kilpela, Jr., Esq.
**CARLSON LYNCH SWEET & KILPELA, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
bcarlson@carlsonlynch.com
ekilpela@carlsonlynch.com
*Co-Lead Counsel for the Kessler Class*

– 5 –

PROOF OF SERVICE OF NON-PARTY WITNESSES EUGENE ELSBREE, ESQ. AND
KELLY NUGENT, ESQ.'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

21626277-v3

| | |
|---|---|
| 1 | Harry Lee, Esq. |
| 2 | John O'Connor, Esq.<br>Alexandra R. Galdos, Esq. |
| 3 | **STEPTOE & JOHNSON LLP**<br>1330 Connecticut Avenue, NW |
| 4 | Washington, DC 20036<br>Tel: (202) 429-8112 |
| 5 | Fax: (202) 429-3902<br>hlee@steptoe.com |
| 6 | jocconor@steptoe.com<br>agalsdos@steptoe.com |
| 7 | *Attorneys for Defendant Clarendon National Insurance Company* |
| 8 | Patrick M. Kennell, Esq.<br>Kevin M. Mattessich, Esq. |
| 9 | **KAUFMAN DOLOWICH & VOLUCK, LLP**<br>40 Exchange Place – 20th Floor |
| 10 | New York, New York 10005<br>Tel: (212) 458-9600 |
| 11 | Fax: (212) 485-9700<br>pkennell@kdvlaw.com |
| 12 | kmattessich@kdvlaw.com<br>*Attorneys for Defendant Continental Casualty Company* |
| 13 | Scott A. Schechter, Esq. |
| 14 | Paul T. Curley, Esq.<br>Patrick Stoltz, Esq. |
| 15 | **KAUFMAN BORGEEST & RYAN LLP**<br>200 Summit Lake Drive, 1st Floor |
| 16 | Valhalla, New York 10595<br>Tel: (914) 449-1000 |
| 17 | Fax: (914) 449-1100<br>sschechter@kbrlaw.com |
| 18 | pcurley@kbrlaw.com<br>pstoltz@kbrlaw.com |
| 19 | *Attorneys for Defendant St. Paul Mercury Insurance Company* |
| 20 | Thorn Rosenthal, Esq.<br>Samuel G. Mann, Esq. |
| 21 | Tamara M. O'Flaherty, Esq.<br>**CAHILL GORDON & REINDEL LLP** |
| 22 | 32 Old Slip Road<br>New York, New York 10005 |
| 23 | Tel: (212) 701-3000<br>Fax: (212) 269-5420 |
| 24 | trosenthal@cahill.com<br>smann@cahill.com |
| 25 | toflaherty@cahill.com<br>*Attorneys for Defendant Swiss Re International S.E. (formerly known as SR International* |
| 26 | *Business Insurance Company Ltd.)* |
| 27 | |
| 28 | |

– 6 –

PROOF OF SERVICE OF NON-PARTY WITNESSES EUGENE ELSBREE, ESQ. AND
KELLY NUGENT, ESQ.'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

21626277-v3

| | |
|---|---|
| 1 | Ronald P. Schiller, Esq. |
| | Sharon F. McKee, Esq. |
| 2 | **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** |
| | One Logan Square, 27th Floor |
| 3 | Philadelphia, PA 19103-6933 |
| | Tel: (215) 568-6200 |
| 4 | Fax: (215) 568-0300 |
| | rschiller@hangley.com |
| 5 | smckee@hangley.com |
| | *Attorneys for Defendant Steadfast Insurance Company* |
| 6 | |
| | Cara Tseng Duffield, Esq. |
| 7 | Karen L. Toto, Esq. |
| | **WILEY REIN LLP** |
| 8 | 1776 K Street NW |
| | Washington, DC 20006 |
| 9 | Tel: (202) 719-7000 |
| | Fax: (202) 719-7049 |
| 10 | cduffield@wileyrein.com |
| | ktoto@wiley.law |
| 11 | *Attorneys for Defendant Twin City Fire Insurance Company* |
| | |
| 12 | Kent A. Yalowitz, Esq. |
| | Daniel Bernstein, Esq. |
| 13 | **ARNOLD & PORTER LLP** |
| | 250 West 55th Street |
| 14 | New York, New York 10019 |
| | Tel: (212) 836-8000 |
| 15 | Fax: (212) 836-8689 |
| | Kent.yalowitz@arnoldporter.com |
| 16 | Daniel.bernstein@arnoldporter.com |
| | *Attorneys for North American Specialty Insurance Company* |
| 17 | |
| | Paul R. Koepff, Esq. |
| 18 | **CLYDE & CO US LLP** |
| | 405 Lexington Avenue, 16th Floor |
| 19 | New York, New York 10174 |
| | Tel: (212) 710-3900 |
| 20 | Fax: (212) 710-3950 |
| | paul.koepff@clydeco.us |
| 21 | -and- |
| | Tancred Schiavoni, Esq. |
| 22 | **O'MELVENY & MYERS LLP** |
| | 7 Times Square |
| 23 | New York, New York 10036 |
| | Tel: (212) 326-2267 |
| 24 | Fax: (212) 326-2299 |
| | tschiavoni@omm.com |
| 25 | *Attorneys for Defendant* |
| | *ACE Bermuda Insurance Ltd.* |
| 26 | -and- |
| | *Attorneys for Defendant Chubb Atlantic Indemnity Ltd.* |
| 27 | |
| 28 | |

— 7 —

PROOF OF SERVICE OF NON-PARTY WITNESSES EUGENE ELSBREE, ESQ. AND
KELLY NUGENT, ESQ.'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

21626277-v3

James Sandnes, Esq.
Michael Chester, Esq.
**SKARZYNSKI BLACK LLC**
New York, New York 10004
Tel: (212) 820-7700
Fax: (212) 820-7740
jsandnes@skarzynski.com
mchester@skarzynski.com
*Attorneys for XL Insurance (Bermuda) Ltd*

David Kuffler, Esq.
Maryann Taylor, Esq.
**D'AMATO & LYNCH, LLP**
Two World Financial Center
225 Liberty Street
New York, New York 10281
Tel: (212) 269-0927
Fax: (212) 269-0900
dkuffler@damato-lynch.com
mtaylor@damato-lynch.com
*Attorneys for Defendant American International Reinsurance Company, Ltd.*

— 8 —

PROOF OF SERVICE OF NON-PARTY WITNESSES EUGENE ELSBREE, ESQ. AND
KELLY NUGENT, ESQ.'S MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

21626277-v3